1  Scottlynn J Hubbard IV, SBN 212970
   Khushpreet R. Mehton, SBN 276827
2  **DISABLED ADVOCACY GROUP, APLC**
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone: (530) 895-3252
4  Facsimile: (530) 894-8244
   Email: usdccentral@hubslaw.com
5
6  Attorneys for Plaintiff Chris Kohler

7  Lyne A. Richardson, SBN 143566
   **FORD & HARRISON**
8  350 South Grand Avenue, Suite 2300
   Los Angeles, CA 90071
9  Telephone: (213) 237-2400
   Facsimile: (213) 237-2401
10 Email: lrichardson@fordharrison.com

11 Attorneys for Defendant Desert Gate Management, LLC

12 Peter S. Modlin, SBN 151453
   Lauren G. Escher, SBN 291454
13 **GIBSON, DUNN & CRUTCHER, LLP**
   555 Mission Street, Suite 3000
14 San Francisco, California 94105
   Telephone: (415) 393-8200
15 Facsimile: (415) 393-8306
   Email: pmodlin@gibsondunn.com
16       lescher@gibsondunn.com

17 Attorneys for Defendant McDonald's Corporation

JS-6

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| Chris Kohler, | Case No. EDCV15-00221 VAP (DTBx) |
|---|---|
| Plaintiff, | |
| v. | **Joint Stipulation for Dismissal** |
| Desert Gate Management, LLC dba McDonald's #10386; McDonald's Corporation, | |
| Defendants. | |

*Kohler v. Desert Gate Management, LLC, et al.*            Case No. EDCV15-00221 VAP (DTBx)

Joint Stipulation for Dismissal

Page 1

TO THE COURT AND ALL PARTIES:

Through this Joint Stipulation, plaintiff Chris Kohler and Defendants Desert Gate Management, LLC dba McDonald's #10386 and McDonald's Corporation hereby stipulate that the above-entitled action be dismissed with prejudice in its entirety pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: October 13, 2015      DISABLED ADVOCACY GROUP, APLC

                                                       /s/ *Scottlynn J Hubbard* /
                                                     Scottlynn J Hubbard IV
                                                     Attorneys for Plaintiff

Dated: October 13, 2015      FORD & HARRISON

                                                     /s/ *Lyne A. Richardson* /
                                                     Lyne A. Richardson
                                                     Attorneys for Defendant Desert Gate Management, LLC

Dated: October 13, 2015      GIBSON DUNN & CRUTCHER, LLP

                                                     /s/ *Lauren G. Escher* /
                                                     Peter S. Modlin
                                                     Lauren G. Escher
                                                     Attorneys for Defendant McDonald's Corporation

IT IS SO ORDERED.
DATED: Oct 15 2015

*[signature]*
UNITED STATES DISTRICT JUDGE